UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| **DIRECTV, Inc.** | Case No.: **03CV0921 JCH** FEB 13 P 2: 47 |
| Plaintiff, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| **Michael Fortier** | |
| Defendant | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

2/11/04
Date

John M. McLaughlin, Its Member
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road   ct 16988
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted for the Defendant,

By His Attorney,

2/12/04
Date

Attorney Richard D. Carella
300 Plaza Middlesex   ct 10876
203 Main Street
Middletown, CT 06457
Telephone: (860)-346-3626

1

## CERTIFICATE OF SERVICE

    I, Richard D. Carella, attorney for the Plaintiff, hereby certify that on this __12__ day of __FEBRUARY__, 2004, a copy of the foregoing Stipulation of Dismissal, was sent via first class mail, postage prepaid, to the following:

Attorney John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Rd.
Northampton, MA 01060

_____
Richard D. Carella