UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| **DIRECTV, Inc.** | ) Case No.: **03CV0921 JCH** FEB 13 P 2:47 |
| Plaintiff, | ) |
| | ) **STIPULATION OF DISMISSAL** |
| vs. | ) **WITHOUT PREJUDICE** |
| | ) |
| **Michael Fortier** | ) |
| | ) |
| Defendant | ) |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

2/11/04
Date

John M. McLaughlin, Its Member
MCLAUGHLIN SACKS, LLC
31 Trumbull Road     ct 16988
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted for the Defendant,

By His Attorney,

2/12/04
Date

Attorney Richard D. Carella
300 Plaza Middlesex   ct 10876
203 Main Street
Middletown, CT 06457
Telephone: (860)-346-3626

1